IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEJON PARIS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **NO. 3:26-cv-2380-E-BN** |
| | § | |
| **CARMAX ENTERPRISE** | § | |
| **SERVICES, LLC; GLOBAL** | § | |
| **LENDING SERVICES LLC;** | § | |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS; and CREDIT** | § | |
| **COLLECTION SERVICES** | § | |
| **CASH,** | § | |
| | § | |
| *Defendants.* | § | |

---

## DEFENDANT GLOBAL LENDING SERVICES, LLC'S REPLY

---

COMES NOW, Defendant Global Lending Services ("GLS") by and through its undersigned counsel, and hereby Reply to GLS's Opposed Motion for an Extension of Time to respond to Plaintiff Dejon Paris's Original Petition ("Complaint") stating as follows:

1.      GLS is unopposed to Plaintiff's request for an extension of time to file an amended complaint.

2.      If Plaintiff amends on or before August 3, 2026, GLS clarifies that it shall respond pursuant to the timeframe set forth in the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a).

Date:  July 24, 2026.                                    Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ George G. Robertson*
George G. Robertson
State Bar No. 24106352
Miguel Escobar (*admission pending*)
State Bar No. 24137574
811 Main Street, Suite 2500
Houston, Texas 77002
713-821-7000  (Telephone)
713-821-7001  (Facsimile)
George.Robertson@hklaw.com
Miguel. Escobar@hklaw.com

**ATTORNEYS FOR DEFENDANT GLOBAL LENDING SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system on July 24, 2026, and will provide a copy to all counsel of record and parties entitled to notice.

*/s/ George G. Robertson*
George G. Robertson

2