IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEJON T. PARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-2380-E-BN |
| | § | |
| CARMAX ENTERPRISE SERVICES LLC, GLOBAL LENDING SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., and CREDIT COLLECTION SERVICES, | § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER REQUIRING DISMISSAL PAPERS BASED ON SETTLEMENT**

On October 1, 2026, Defendant Experian Information Solutions, Inc. reported that it has reached a settlement in principle with Plaintiff DeJon Paris and requested that the Court vacate all pending deadlines and stay discovery as to Experian. *See* Dkt. No. 37.

And, so, Experian and Paris are directed to file the appropriate dismissal papers – a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with a corresponding proposed order – by **November 12, 2026**.

If the parties do not or are unable to file appropriate papers by November 12, 2026, or if further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court.

The Court now stays any pending deadlines and discovery pertaining to Experian set by any order of the Court or Local Civil Rule until further order of the Court.

SO ORDERED.

DATED: October 2, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE